IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Friday, July 16, 2010

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Represented by Pat Harris for<br>  Karen Whatley | Judge Brian S. Miller<br>Court Reporter: Judy Ammons<br>Clerk: Betty Tyree<br>USPO: Karen Calhoun |

vs.        No. 4:10cr00100-01 BSM

VIRGINIA DEMAINE
    Represented by Bill Bristow

## CLERK'S MINUTES - SENTENCING HEARING

Time begin: 12:38 p.m.

    Defendant appeared with appointed counsel.

    Court reviews history of case.

    No objections to PSR.

    Court grants USA's motion for third point.

    Statement in mitigation by defense counsel and defendant

    Response by USA.

    Statement with regards to 3553(a) factors

    Response by USA

    JUDGMENT: Counts 1 and 2 of the Information; 41 months imprisonment on each count to run concurrently; 3 years supervised release; no fine; $733,008.85 restitution; $200.00 special assessment (paid).

    Appeal information given.

    Defendant shall report to designated facility to begin her service of sentencing by 2:00 p.m. on August 30, 2010.

Time end: 1:16 p.m.